FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 JAN 22 PM 2:01

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARIE BARR, | ) | CASE NO. CR410-164 |
| | ) | |
| Defendant. | ) | |
| | ) | |

# O R D E R

Before the Court are Defendant's Motions for Court Transcripts, to proceed In Forma Pauperis, and to Produce Copies. (Docs. 52, 53, 54.) Defendant does not have an appeal, motion to vacate sentence, or petition for writ of habeas corpus pending at this time. In addition, the time under which she may file a direct appeal has long since expired. Accordingly, despite Defendant's indigent status, her motions seeking court documents are **DENIED**. See Colbert v. Beto, 439 F.2d 1130 (5th Cir. 1971) ("Under ordinary circumstances such as these, an indigent does not have a federally-protected right to a free copy of his transcript or other court records merely to search for possible error in order to file a petition for collateral relief at some future date.")[1]. Her motion to proceed in

---

[1] The Eleventh Circuit has adopted as binding precedent all decisions issued by the former Fifth Circuit prior to October 1, 1981. See Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc).

forma pauperis is **DISMISSED AS MOOT** as she already has indigent status.

SO ORDERED this 22ND day of January 2014.

_/s/ William T. Moore, Jr._
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA