FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 APR 21 AM 11:06
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARIE BARR, )
)
Petitioner, )
)
v. ) CASE NO. CV414-028
) CR410-164
UNITED STATES OF AMERICA, )
)
Respondent. )
)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review of the record in this case, the Court concurs with the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Petitioner's § 2255 motion is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 21st day of April 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA