IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
v. )
)
MARIE BARR, )     CASE NO. CR410-164
)
    Defendant. )
)

# O R D E R

Before the Court is Defendant's Motion for Modification or Reduction of Sentence Based Upon Retroactive Guideline Amendment 782 Pursuant to 18 U.S.C. §3582(c)(2) & 28 U.S.C. §944(u). (Doc. 66.) For the following reasons, Defendant's motion is **DENIED**.

Defendant filed a first Motion to Reduce Sentence on November 10, 2014. (Doc. 64.) That motion was denied in a May 15, 2015 order on the grounds that Defendant was not eligible for a sentence reduction because her total offense level was determined pursuant to a career offender enhancement. (Doc. 65.) Because this remains the case, Defendant is still ineligible for a sentence reduction. Additionally, Defendant's motion is more accurately classified as a motion to reconsider the May 15, 2015 order. This Court retains jurisdiction over motions to reconsider rulings in a § 3582 proceeding only for 14 days following the decision. See United States v. Phillips, 597 F.3d 1190, 1197-98 (11th Cir. 2010)(applying Fed. R. Crim. Pro.

35(a) to § 3582 proceeding). As the present motion was filed over four months after the order, the motion is untimely. For these reasons, Defendant's motion is **DENIED**.

SO ORDERED this 9th day of October 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA