FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 AUG -1 AM 11:03

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARIE BARR, )
 )
    Petitioner, )
 )
v. ) CASE NOS. CV416-164
 ) CR410-164
UNITED STATES OF AMERICA, )
 )
    Respondent. )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 2), to which no objections have been filed.[1] After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, the Clerk is **DIRECTED** to transfer Petitioner's June 23, 2016 signature-filed § 2255 motion (Doc. 1) to the Eleventh Circuit Court of Appeals for nunc pro tunc filing. Upon such transfer, the Probation Office shall file any Presentence Investigation Report under seal.

SO ORDERED this __1ST__ day of August 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] In her Response to Report and Recommendation (Doc. 4) Petitioner merely requests that the Court forward her motion to the Court of Appeals.