IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR410-164
)
MARIE BARR, )
)
Defendant. )

**ORDER**

On January 4, 2018, the Eleventh Circuit Court Appeals issued a limited remand directing this Court to consider whether Defendant Barr was entitled to a Certificate of Appealability "with respect to [this Court's earlier] denial of Barr's Rule 60(b) motion." (Doc. 116.) Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the court issues a Certificate of Appealability. This certificate may issue only if Defendant has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). After careful consideration, the Court finds that Defendant cannot meet the above standard. As a result, Defendant is not entitled to a Certificate of Appealability.

SO ORDERED this 18th day of January 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA